IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

KEMMIT L. PRESTON, JR.,            *

    Petitioner,                   *

vs.                                *

                       CASE NO. 4:25-CV-133 (CDL)

WARDEN JACOB BEASLEY,              *

    Respondent.                   *

_____

ORDER

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on May 4, 2026 is hereby approved, adopted, and made the Order of the Court, including the denial of a certificate of appealability. The Court considered Petitioner's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 1st day of July, 2026.

s/Clay D. Land
_____
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA